
FILED
JUN 0 4 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
KEVIN WOLFE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

5:19-PO-00154-JLT

UNITED STATES OF AMERICA,                )   CITATIN NO:.6459488
                                         )
        Plaintiff,                       )   **DEFENDANTS REQUEST AND WAIVER**
                                         )   **OF APPEARANCE**
    vs.                                  )
                                         )
KEVIN WOLFE,                             )
                                         )
        Defendant                        )

Defendant, KEVIN WOLFE, hereby waives his appearance in person in open court upon the arraignment set for Tuesday, June 4, 2019 of the above entitle court. Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, DAVID A. TORRES. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: 6/4/19

_____
KEVIN WOLFE

Date: 6/4/19

_____
DAVID A. TORRES,
Attorney for Defendant

It is SO Ordered:
6/4/19

_____
Jennifer L. Thurston

Summary of Pleading - 1